**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NOV 1 0 2009

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

BROCK WEAST                                         **PLAINTIFF**

**VS.**                    **CASE NO.**   3:09CV00196-JMM

FAMILY DOLLAR DISTRIBUTION CENTER                  **DEFENDANT**

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint.  Therefore, the Application is hereby granted.

IT IS SO ORDERED this  10th  day of    November    , 20 09 .

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: _____
     Deputy Clerk