IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BROCK WEAST                                                          PLAINTIFF

Vs.                          CASE NO. 3:09cv00196 JMM

FAMILY DOLLAR SERVICES, INC.                              DEFENDANTS
(originally sued as Family Dollar Distribution Center), et al

<u>ORDER</u>

Defendant Family Dollar Distribution Center having answered, the Clerk is directed

to change the style of the case to indicate the correct name of the Defendant as Family

Dollar Services, Inc.

IT IS SO ORDERED THIS 2nd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE