IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BROCK WEAST                                                                                         PLAINTIFF

Vs.                              CASE NO. 3:09cv00196 JMM

FAMILY DOLLAR SERVICES, INC.                                                    DEFENDANTS
(originally sued as Family Dollar Distribution Center), et al

## ORDER

Defendant Family Dollar Distribution Center having answered, the Clerk is directed to change the style of the case to indicate the correct name of the Defendant as Family Dollar Services, Inc.

IT IS SO ORDERED THIS 2nd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE