IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BROCK WEAST                                                                                    PLAINTIFF

VS.                                          3:09CV00196-JMM

FAMILY DOLLAR SERVICES, INC.                                                      DEFENDANT

## ORDER

On February 1, 2010, the Court granted Plaintiff's motion for leave to file an amended complaint naming additional defendants. The Clerk is directed to issue the summons as to Plaintiff's claims. The United States Marshal is directed to serve a copy of the amended complaint and summons on the new parties without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 18th day of February, 2010.

_____
James M. Moody
United States District Judge