**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| BROCK WEAST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-00196-JMM |
| | ) | |
| FAMILY DOLLAR SERVICES, INC., | ) | Judge Moody |
| ANITA BROWN, TONY ROXI, | ) | |
| DAVE BONNER, and YUVONE CARR, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO STRIKE
PORTIONS OF AMENDED COMPLAINT**

This matter is before the Court on Defendant's Motion to Strike Portions of Plaintiff's Amended Complaint. (Docket # 24). For the reasons stated therein, the Court is persuaded that the Motion is well-taken and should be granted.

For good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that pages 21 and 22 of Plaintiff's Amended Complaint, which consist of the November 18, 2009 letter from Family Dollar to Plaintiff, and Plaintiff's November 20, 2009 response, shall be removed from the Amended Complaint and stricken from the record.

SO ORDERED this 2nd day of March, 2010.

_____
JUDGE JAMES M. MOODY
United States District Judge