IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BROCK WEAST                                                                PLAINTIFF

VS.                              3:09CV00196-JMM

FAMILY DOLLAR DISTRIBUTION CENTER, et al.            DEFENDANTS

## ORDER

Pending is Plaintiff's pleading filed May 27, 2010, the Court will interpret the pleading as a motion for reconsideration of the dismissal of Anita Brown-Wilson ("Brown-Wilson") and Yvonne Carr ("Carr") and a request for issuance of summons. (Docket # 64).

For the reasons stated in the Court's Order entered May 12, 2010, Plaintiff's motion for reconsideration is DENIED. Further, by Order entered May 14, 2010, the Court cautioned Plaintiff that he is required to provide an address for service of process. See *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir.) (per curiam) (plaintiffs proceeding in forma pauperis are responsible for providing defendants' addresses), *cert. denied*, 510 U.S. 875, 114 S.Ct. 209, 126 L.Ed.2d 166 (1993). Plaintiff's attempt to serve former employees of Defendant's company by service on Defense counsel is insufficient. Fed. R. Civ. P. 4(e) sets forth the requirements for proper service on an individual, Plaintiff is required to comply with the Federal Rules of Civil Procedure. Therefore, Plaintiff's request for summons is DENIED.

For the reasons set forth herein, Plaintiff's motion is DENIED.

IT IS SO ORDERED this 4th day of June, 2010.

James M. Moody
United States District Judge