UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 15 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

BROCK WEAST,

       Plaintiff,

v.

FAMILY DOLLAR DISTRIBUTION CENTER,

       Defendant.

Case No: 3:09cv00196-JMM

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, BROCK WEAST, has resolved this matter and hereby moves this Court to dismiss the instant lawsuit **WITH PREJUDICE**.

This the 14th day of February, 2011.

_____
Brock Weast
273 Winchell Circle
West Memphis, AR 72301
870-394-9628

So Ordered:

_____   2/15/11
U.S. District Judge                Date

RECEIVED
CHAMBERS OF
JAMES M. MOODY
FEB 15 2011
U.S. DISTRICT JUDGE